UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) Criminal No. 04-1685-CBS<br>) |
| v. | )<br>) |
| 1. ANDRES MARTINEZ,<br>2. JOSE ROSALES,<br>3. VALENTIN MARTINEZ,<br>4. KELVIN MADERA,<br>5. ABDALLAH HAMDAN,<br>6. CARLOS RUIZ,<br>7. RICARDO MARTINEZ,<br>8. HOWARD GREENBERG,<br>9. CARLOS COLON-RIVERA,<br>10. ROGELIO GARCIA,<br>11. JAVIER ANGEL ROMERO,<br>12. CHRISTIAN GERMOSEN,<br>13. JUAN MARTINEZ,<br>14. GERARDO VASSEUR ORTIZ,<br>15. PHILIP ASARO,<br>16. SILVESTRE LIZARDI,<br>17. ROBERT RUSCIO,<br>18. GIOVANNI AVILA,<br>19. GILBERTO ZAYAS, and<br>20. LUIS DEJESUS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GOVERNMENT'S MOTION TO SEAL COMPLAINT
AND AFFIDAVIT SA DROUIN IN ABOVE REFERENCED CASE

The Government respectfully moves the Court to seal the Criminal Complaint and Affidavit of SA Drouin in light of the sensitivity of the enclosed information and to permit agents and

2-26-04
allowed
[signature]

Case 1:04-mj-01685-CBS    Document 3    Filed 02/26/2004    Page 2 of 2

2

other law enforcement personnel to effect the arrest of the above-referenced defendants.

                                              **MICHAEL J. SULLIVAN**
                                              United States Attorney

                                              **ROBERT L. PEABODY**
                                              Assistant U.S. Attorney
                                              (617)748-3240

**Dated:** February 26, 2004