UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                         CASE NO. 04-1685-CBS

CHRISTIAN GERMOSEN

ENTRY OF APPEARANCE

Now comes the undersigned and enters his appearance as counsel of record on behalf of the Defendant, CHRISTIAN GERMOSEN, in the above-entitled cause.

Respectfully Submitted,

*[signature]*
Michael P. Hickey
BBO # 233280
15 Church Street
Salem, MA 01970
(978) 745-4444

Dated: May 7, 2004