AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Cristian GERMOSEN

FILED

2005 MAY 11  A 10: 03

## WARRANT FOR ARREST

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Cristian GERMOSEN _____
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE  AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of
Title _____ 21 _____ United States Code, Section(s)  846

_____
Name of Issuing Officer

_____
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

02-26-2004    BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| USMS  WORCESTER, MA. |

| DATE RECEIVED 5-3-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-1-04 | S/A  JEAN  DROUIN (SEA) | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Cristian GERMOSEN

ALIAS:

LAST KNOWN RESIDENCE: 27 WARREN STREET NEWBURYPORT, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1978

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 4821

HEIGHT:                                                  WEIGHT:

SEX:    M                                                RACE:

HAIR:                                                    EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: